United States District Court
Southern District of Texas
**ENTERED**
March 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| K-SOLV, LP, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-00558 |
| § | |
| RCT 3, IN REM, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is a record of total inactivity for approximately twenty months. When a plaintiff fails to prosecute, the case may be dismissed under Fed. R. Civ. P. 41(b). The Court may dismiss an action for failure of prosecution "on its own motion to achieve the orderly and expeditious disposition of cases." *Morris v. Ocean Systems, Inc.*, 730 F.2d 248, 251 (5th Cir. 1984) (quoting *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629 (1962)). Due to the prolonged period of inactivity, this case is hereby DISMISSED without prejudice.

It is so ORDERED.

MAR 27 2019
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge